**EXHIBIT A**

03 394 7050

P. 2

# ACORD™ INSURANCE BINDER

THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM.

DATE (MM/DD/YY): JAN 16 03

| | |
|---|---|
| PRODUCER | PHONE (A/C, No, Ext): 603-394-7005 |
| BLACKADAR MARINE INSURANCE AGENCY INC<br>P O BOX 250<br>SOUTH HAMPTON NH 03827<br>PHONE: 603-394-7005<br>FAX: 603-394-7056 | COMPANY: GREAT AMERICAN INSURANCE COMPANY |
| CODE: | SUB CODE: |
| AGENCY CUSTOMER ID: 1580 | |
| INSURED: CERTIFIED SALES DBA PLEASANT SEA VIEW, INC. 19 UXBRIDGE RD MENDON MA 01756 | |

BINDER #: 387

| | DATE | TIME |
|---|---|---|
| EFFECTIVE | JAN 16 03 | AM / PM |
| EXPIRATION | AUG 3 03 | X 12:01 AM / NOON |

THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY PER EXPIRING POLICY #:

DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location)

2000 58' SUNSEEKER VALUED AT $330,000
BEING TRANSPORTED FROM NY TO RI VIA WATER

## COVERAGES

| TYPE OF INSURANCE | COVERAGE/FORMS | LIMITS | DEDUCTIBLE | COINS % | AMOUNT |
|---|---|---|---|---|---|
| PROPERTY — CAUSES OF LOSS: BASIC; BROAD; SPEC.; X FULL | | | $1,000 | | $330,000 |
| GENERAL LIABILITY — COMMERCIAL GENERAL LIABILITY; CLAIMS MADE; OCCUR. | RETRO DATE FOR CLAIMS MADE: | EACH OCCURRENCE | | | $ |
| | | DAMAGE TO RENTED PREMISES | | | $ |
| | | MEDICAL EXPENSE (Any one person) | | | $ |
| | | PERSONAL & ADV INJURY | | | $ |
| | | GENERAL AGGREGATE | | | $ |
| | | PRODUCTS - COMP/OP AGG | | | $ |
| AUTOMOBILE LIABILITY — ANY AUTO; ALL OWNED AUTOS; SCHEDULED AUTOS; HIRED AUTOS; NON-OWNED AUTOS | | COMBINED SINGLE LIMIT | | | $ |
| | | BODILY INJURY (Per person) | | | $ |
| | | BODILY INJURY (Per accident) | | | $ |
| | | PROPERTY DAMAGE | | | $ |
| | | MEDICAL PAYMENTS | | | $ |
| | | PERSONAL INJURY PROT | | | $ |
| | | UNINSURED MOTORIST | | | $ |
| AUTO PHYSICAL DAMAGE — DEDUCTIBLE: COLLISION; OTHER THAN COLL: | ALL VEHICLES; SCHEDULED VEHICLES | ACTUAL CASH VALUE | | | |
| | | STATED AMOUNT | | | $ |
| | | OTHER | | | |
| GARAGE LIABILITY — ANY AUTO | | AUTO ONLY - EA ACCIDENT | | | $ |
| | | OTHER THAN AUTO ONLY: EACH ACCIDENT | | | $ |
| | | AGGREGATE | | | $ |
| EXCESS LIABILITY — UMBRELLA FORM; OTHER THAN UMBRELLA FORM | RETRO DATE FOR CLAIMS MADE: | EACH OCCURRENCE | | | $ |
| | | AGGREGATE | | | $ |
| | | SELF-INSURED RETENTION | | | $ |
| WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY | | WC STATUTORY LIMITS | | | |
| | | E.L. EACH ACCIDENT | | | $ |
| | | E.L. DISEASE - EACH EMPLOYEE | | | $ |
| | | E.L. DISEASE - POLICY LIMIT | | | $ |
| SPECIAL CONDITIONS/ OTHER COVERAGES | | FEES | | | $ |
| | | TAXES | | | $ |
| | | ESTIMATED TOTAL PREMIUM | | | $ |

NAME & ADDRESS

Hometown Bank
31 Sutton Avenue
Oxford, MA 01540

ATTENTION:

MORTGAGEE — X LOSS PAYEE — ADDITIONAL INSURED

LOAN #

AUTHORIZED REPRESENTATIVE: Martin J. Blackadar

ACORD 75-S (2001/01)

NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE

© ACORD CORPORATION 1993