**EXHIBIT B**

J... BL... ARDAR MARINE 1 ... 394 7058 P.2

# ACORD INSURANCE BINDER

DATE (MM/DD/YY) JAN 17 03

THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM.

PRODUCER: 603-394-7058
BL... MARINE INSURANCE AGENCY INC
P O BOX ...
SOUTH HAMPTON NH 03827
PHONE: 603-394-...
FAX: 603-394-7058

CODE: | SUB CODE:

INSURED:
CERTIFIED SALES
DBA PLEASANT SEA VIEW, INC.
19 UXBRIDGE RD
MENDON MA 01756

COMPANY: GREAT AMERICAN INSURANCE COMPANY

BINDER #: 989

EFFECTIVE DATE: JAN 16 03 | TIME: AM / PM

EXPIRATION DATE: AUG 3 03 | TIME: X 12:01 AM / NOON

THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY PER EXPIRING POLICY #:

DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location)

1988 48' OCEAN SUPERSPORT
WARWICK, RI LOCATION

POLICY OMH 8702527

## COVERAGES

| TYPE OF INSURANCE | COVERAGE/FORMS | LIMITS | | |
|---|---|---|---|---|
| | | DEDUCTIBLE | COINS % | AMOUNT |
| PROPERTY — CAUSES OF LOSS: BASIC / BROAD / SPEC. X HULL | | $1,000 | | 283000 |
| GENERAL LIABILITY — COMMERCIAL GENERAL LIABILITY; CLAIMS MADE / OCCUR. | RETRO DATE FOR CLAIMS MADE: | EACH OCCURRENCE $ ; DAMAGE TO RENTED PREMISES $ ; MEDICAL EXPENSE (Any one person) $ ; PERSONAL & ADV INJURY $ ; GENERAL AGGREGATE $ ; PRODUCTS - COMP/OP AGG $ | | |
| AUTOMOBILE LIABILITY — ANY AUTO; ALL OWNED AUTOS; SCHEDULED AUTOS; HIRED AUTOS; NON-OWNED AUTOS | | COMBINED SINGLE LIMIT $ ; BODILY INJURY (Per person) $ ; BODILY INJURY (Per accident) $ ; PROPERTY DAMAGE $ ; MEDICAL PAYMENTS $ ; PERSONAL INJURY PROT $ ; UNINSURED MOTORIST $ | | |
| AUTO PHYSICAL DAMAGE — DEDUCTIBLE; COLLISION; OTHER THAN COLL: | ALL VEHICLES / SCHEDULED VEHICLES | ACTUAL CASH VALUE ; STATED AMOUNT $ ; OTHER | | |
| GARAGE LIABILITY — ANY AUTO | | AUTO ONLY - EA ACCIDENT $ ; OTHER THAN AUTO ONLY: EACH ACCIDENT $ ; AGGREGATE $ | | |
| EXCESS LIABILITY — UMBRELLA FORM; OTHER THAN UMBRELLA FORM | RETRO DATE FOR CLAIMS MADE: | EACH OCCURRENCE $ ; AGGREGATE $ ; SELF-INSURED RETENTION $ | | |
| WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY | | WC STATUTORY LIMITS ; E.L. EACH ACCIDENT $ ; E.L. DISEASE - EACH EMPLOYEE $ ; E.L. DISEASE - POLICY LIMIT $ | | |
| SPECIAL CONDITIONS/OTHER COVERAGES | | FEES $ ; TAXES $ ; ESTIMATED TOTAL PREMIUM $ | | |

## NAME & ADDRESS

Hometown Bank
31 Sutton Avenue
Oxford, MA 01540

MORTGAGEE | X LOSS PAYEE | ADDITIONAL INSURED

LOAN #

ATTENTION:

AUTHORIZED REPRESENTATIVE: Morton J. Blanchard [signature]

ACORD 75-S (2001/01) NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE

© ACORD CORPORATION 1993