**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PLEASANT SEA VIEW, INC., D/B/A CERTIFIED SALES | ) | |
| Plaintiff | ) | Civil Action |
| v. | ) | No. 05-CV-281 ML |
| BLACKADAR MARINE INSURANCE AGENCY, INC. | ) | |
| Defendant | ) | |

EXHIBIT "A" TO ATTORNEY CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

During the past 24 months, I have not appeared or applied to be admitted in any cases in this District, other than *Traudt v. Wood Hollow Trawlers, Inc.*, C.A. No. 04-cv-111-ML.

On July 12, 2004, Barbara S. Cohen, Esq., of the firm of Goldenberg & Muri LLP, Providence., Rhode Island, filed a motion seeking my admission *Pro Hac Vice* on behalf of the defendant in the *Traudt* case.

On August 5, 2004, the Court granted the Motion.

On August 17, 2004, the defendant filed a motion to dismiss the action pursuant to Rule 41(b).

On September 23, 2004, United States Magistrate Judge Martin issued a Report and Recommendation ("Report"), recommending that the motion to dismiss be granted, in part. No objection was filed by either party to the Report. The Court accepted the Report on October 19, 2004, and the case was dismissed without prejudice.

As of this date, to my knowledge, the case has not been re-filed.

Dated: July 18, 2005

Leonard W. Langer

Blackadar/Certified Sales
Exh "A" LWL aff'd
7/18/05