UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PLEASANT SEA VIEW, INC, D/B/A CERTIFIED SALES, Plaintiff, | |
| v. | CIVIL ACTION NO. 05-281 ML |
| BLACKADAR MARINE INSURANCE AGENCY, INC., Defendant. | |

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

Norman A. Peloquin, II, hereby states under the penalty of perjury pursuant to 28 USC §1746 that:

1. I am counsel to plaintiff, Pleasant Sea View, Inc., d/b/a Certified Sales, in the above-captioned action.

2. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, I served defendant, Blackadar Marine Insurance Agency, Inc., with copies of the Summons and Complaint in this matter by the following means:

   (a) By delivering and leaving copies of the Summons and Complaint upon defendant's Office Manager, Cindy Harb, on July 5, 2005, at defendant's principal place of business located at 161 Main Avenue, South Hampton, New Hampshire. The original Return of Service, dated July 5, 2005, is attached hereto and marked as **Exhibit A**.

   (b) By mailing copies of the Summons and Complaint, postage prepaid, by certified mail, return receipt requested, to Blackadar Marine Insurance Agency, Inc., P.O.

Box 250, South Hampton, New Hampshire 03827. Copies of my correspondence, dated June 29, 2005, and the signed return receipt from the United States Post Office, dated July 1, 2005, are attached hereto and marked as **Exhibit B**.

I certify under the penalty of perjury pursuant to 28 USC §1746 that the foregoing is true and correct on this 18th day of July, 2005.

Norman A. Peloquin, II, Esquire
(R.I. Bar No. 4146)
NORMAN A. PELOQUIN, II, P.C.
16 Main Road, P. O. Box 65
Adamsville, RI 02801
Tel (401) 635 9100
Fax (401) 635 0101

Attorney for plaintiff,
PLEASANT SEA VIEW, INC.,
d/b/a CERTIFIED SALES

**EXHIBIT A**

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/5/2005 |
| NAME OF SERVER *(PRINT)* JORDAN G ULLERY | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED ON Cindy Harb, Office Manager + Authorized To Receive Process for Blackjar Marine Insurance

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/5/2005
Date

Jordan Ullery
*Signature of Server*

Hudson, NH 03051
*Address of Server*

FILED
2005 JUL 19 A 10:14
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT B**

LAW OFFICE OF

**NORMAN A. PELOQUIN, II, P.C.**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELLORS AT LAW

16 MAIN ROAD, P.O. BOX 65
ADAMSVILLE, RHODE ISLAND 02801

NORMAN A. PELOQUIN, II†
MATTHEW A. LYONS ‡
†ADMITTED IN RI & MA
‡ ADMITTED ONLY IN MA, NY & NJ

TELEPHONE: 401.635.9100
TELECOPIER: 401.635.0101
E-MAIL: peloquin@sealaw.net

June 29, 2005

**Via Certified Mail, Return Receipt Requested**
**7002 0510 0003 7695 4012**
Blackadar Marine Insurance Agency, Inc.
161 Main Avenue
P.O. Box 250
South Hampton, NH 03827
Attn: Martha J. Blackadar, Registered Agent

**Re: Pleasant Sea View, Inc., d/b/a Certified Sales v. Blackadar Marine Insurance Agency, Inc., United States District Court for the District of Rhode Island, Civil Action No. 05-281 ML; Our File No. 03-191.01.**

Dear Sirs:

We are counsel to Pleasant Sea View, Inc., d/b/a Certified Sales of Warwick, Rhode Island. On behalf of our client, we are enclosing copies of the Summons and Complaint in the above-referenced action. The Complaint has been filed in the United States District Court in Providence, Rhode Island and asserts claims against Blackadar Marine Insurance Agency, Inc. The enclosed documents are served herewith pursuant to the provisions of Rule 4of the [Rhode Island] Superior Court Rules of Civil Procedure and the Rhode Island Long-Arm Statute, R.I.G.L. §9-5-33, as incorporated by reference into Rule 4(h)(1) of the Federal Rules of Civil Procedure. You are required to serve an answer or other responsive pleading upon the undersigned within twenty (20) days of your receipt of this letter, or a judgment by default may be taken against you for the relief demanded in the Complaint. You must also file your Answer or responsive pleading with the Clerk of the Court for the United States District Court, One Exchange Terrace, Providence, Rhode Island 02903, within a reasonable period of time thereafter.

Very truly yours,

Norman A. Peloquin, II

NAP:jam
Enclosures
cc: Pleasant Sea View, Inc.
Attn: Ron. A. Bethel

MASSACHUSETTS OFFICE:
MORAD BUILDING, 460 COUNTY STREET
NEW BEDFORD, MASSACHUSETTS 02740
TEL. 508.991.2300; FAX 508.991.8300

LAW OFFICE OF

**NORMAN A. PELOQUIN, II, P.C.**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELLORS AT LAW

16 MAIN ROAD, P.O. BOX 65
ADAMSVILLE, RHODE ISLAND 02801

NORMAN A. PELOQUIN, II†
MATTHEW A. LYONS ‡
†ADMITTED IN RI & MA
‡ ADMITTED ONLY IN MA, NY & NJ

TELEPHONE: 401.635.9100
TELECOPIER: 401.635.0101
E-MAIL: peloquin@sealaw.net

June 29, 2005

**Via Certified Mail, Return Receipt Requested**
**7002 0510 0003 7695 4012**
Blackadar Marine Insurance Agency, Inc.
161 Main Avenue
P.O. Box 250
South Hampton, NH 03827
Attn: Martha J. Blackadar, Registered Agent

**Re:** **<u>Pleasant Sea View, Inc., d/b/a Certified S</u>**
**<u>Agency, Inc.</u>, United States District Cou**
**Civil Action No. 05-281 ML; Our File N**

Dear Sirs:

We are counsel to Pleasant Sea View, Inc., d/b/a C
On behalf of our client, we are enclosing copies of the Su
referenced action. The Complaint has been filed in the U
Rhode Island and asserts claims against Blackadar Marine
documents are served herewith pursuant to the provisions
Court Rules of Civil Procedure and the Rhode Island Long-A
incorporated by reference int
required to serve an answer o
days of your receipt of this le
demanded in the Complaint.
Clerk of the Court for the Uni
Island 02903, within a reason

7002 0510 0003 7695 4012

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***

EAST KINGSTON, NH 03827

| | | |
|---|---|---|
| Postage | $ | 0.83 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| **Total Postage & Fees** | $ | 4.88 |

UNIT ID: 0741
Postmark Here
Clerk: KYB40F
06/29/05

Sent To: Blackadar Marine Ins. Agency
Street, Apt. No.; or PO Box No.: P.O. Box 250
City, State, ZIP+4: So. Hampton, NH 03827

PS Form 3800, January 2001 — See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Martha J. Blackadar,
Registered Agent
Blackadar Marine Ins. Agency
P.O. Box 250
So. Hampton NH 03827

2. Article Number (Transfer from service l... 7002 0510 0003 7695 4012

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Cindy Haas ☐ Agent ☐ Address

B. Received by (*Printed Name*) Cindy Haas
C. Date of Delivery 7-1-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M

NAP:jam
Enclosures

cc: Pleasant Sea View, In
Attn: Ron. A. Bethel