**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PLEASANT SEA VIEW, INC., D/B/A CERTIFIED SALES | ) | |
| Plaintiff | ) | Civil Action |
| v. | ) | No. 05-CV-281 ML |
| BLACKADAR MARINE INSURANCE AGENCY, INC. | ) | |
| Defendant | ) | |

DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION TO MODIFY PRETRIAL ORDER
AND REQUEST FOR SETTLEMENT CONFERENCE

The defendant, Blackadar Marine Insurance Agency, Inc. ("BMIA"), responds to the Plaintiff's Motion to Modify Pretrial Order and Request for Settlement Conference as follows:

BMIA has no objection to the plaintiff's request to extend, by sixty days, the time within which each party may make its respective expert witness disclosures. BMIA also has no objection to the scheduling of a mandatory settlement conference before the Magistrate Judge. BMIA respectfully requests that any such conference be held on a date following BMIA's receipt of the plaintiff's responses to BMIA's First Request for

Production of Documents and BMIA's First Set of Interrogatories to Plaintiff, which are due on or about January 16, 2006.

BLACKADAR MARINE INSURANCE AGENCY, INC.
By its attorneys,

Leonard W. Langer /BSC

Leonard W. Langer (Pro Hac Vice)
Tompkins, Clough, Hirshon & Langer, P.A.
Three Canal Plaza
P.O. Box 15060
Portland, ME 04112-5060
Tel: 207-874-6700
Fax: 207-874-6705

Barbara S. Cohen

Barbara S. Cohen (2848)
Goldenberg & Muri LLP
10 Weybosset Street
Providence, RI 02903
Tel: 401-421-7300
Fax: 401-421-7352

CERTIFICATE OF SERVICE

I hereby certify that, on January 11, 2006, a copy of the within Response was served by electronic mailing and First Class Mail, postage prepaid, on:

Norman A. Peloquin II, Esq.
Norman A. Peloquin, II P.C.
16 Main Road, P.O. Box 65
Adamsville, RI 02801.

Barbara S Cohen