Response Attached

FILED
DEC 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

PLEASANT SEA VIEW, INC,
D/B/A CERTIFIED SALES,
Plaintiff,

v.

BLACKADAR MARINE INSURANCE
AGENCY, INC.,
Defendant.

CIVIL ACTION NO. 05-281ML

## PLAINTIFF'S MOTION TO MODIFY PRETRIAL ORDER AND REQUEST FOR SETTLEMENT CONFERENCE

NOW COMS plaintiff, Pleasant Sea View, Inc., d/b/a Certified Sales, and by and through its attorneys, pursuant to the provisions of Rule 16(e) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to amend and modify the pretrial deadlines set forth in its Pretrial Order, dated August 30, 2005 (hereinafter referred to as "Pretrial Order"), by extending the time within which the parties may make their expert witness disclosures by sixty (60). In conjunction herewith, plaintiff also requests a mandatory settlement conference.

In support of this motion, plaintiff states the following reasons:

1. On or about June 29, 2005, plaintiff commenced this action against its former insurance broker, Blackadar Marine Insurance Agency, Inc., alleging breach of contract, negligence and breach of its fiduciary duty, for defendant's alleged failure to procure insurance. Defendant thereafter answered, denying liability, and the parties appeared before the Honorable David L. Martin, United States Magistrate Judge, for an initial scheduling conference on August 30, 2005.

Granted. Mary M. Lisi USDJ 1/17/06

2. Pursuant to the Pretrial Order, plaintiff shall make its expert witness disclosure by December 30, 2005, and defendant shall make its expert witness disclosure by January 31, 2006. The Pretrial Order also provides that (a) discovery will close on April 28, 2006; (b) the deadline for filing dispositive motions is May 29, 2006; and (c) pretrial memoranda are due by June 28, 2006.

3. Plaintiff represents that the parties have exchanged written discovery, and continue to cooperate to complete discovery.

4. Given the length of time remaining to complete discovery, plaintiff requests the following amendment to the Pretrial Order:

> **"Plaintiff shall make its expert witness disclosure by February 28, 2006, and defendant shall make its expert witness disclosure by March 31, 2006."**

5. The proposed sixty (60) day modification will not alter the remaining pretrial deadlines. If the Court grants the extension, plaintiff believes that a mandatory settlement conference scheduled prior to disclosure may be helpful in resolving the dispute or narrowing the issues.

6. Neither party has previously sought to amend the terms of the Pretrial Order.

7. The undersigns hereby certifies that on date hereof, he attempted to confer with opposing counsel, Leonard W. Langer, but was advised through his assistant that Mr. Langer was out of the office this week.

WHEREFORE, plaintiff, Pleasant Sea View, Inc., d/b/a Certified Sales, hereby requests that this Honorable Court (i) amend and modify the pretrial deadlines set forth in its Pretrial Order, dated August 30, 2005, by extending the deadline for expert witness disclosures as requested herein, and (ii) schedule a mandatory settlement conference as requested.

Dated: December 27, 2005

Respectfully submitted,

PLEASANT SEA VIEW, INC.,
D/B/A CERTIFIED SALES,
~~By~~ its attorney,

Norman A. Peloquin, II, Esquire
(RI Bar No. 4146)
NORMAN A. PELOQUIN, II P.C.
16 Main Road, Post Office Box 65
Adamsville, RI 02801
Tel (401) 635 9100; Fax (401) 635 0101

Certificate of Service

I hereby certify that on the 27th of December, 2005, I served a copy of the foregoing document by mailing same, first class, postage prepaid, upon defendant, Blackadar Marine Insurance Agency, Inc., by and through its counsel of record: Barbara S. Cohen, Goldenberg & Muri LLP, 10 Weybosset Street, Providence, RI 02903; and Leonard W. Langer, Thompson, Clough, Hirshon & Langer, P.A., Three Canal Plaza, P.O. Box 15060, Portland, ME 04112.

Attorney at Law