IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

PLEASANT SEA VIEW, INC,
D/B/A CERTIFIED SALES,
Plaintiff,

v.

BLACKADAR MARINE INSURANCE
AGENCY, INC.,
Defendant.

CIVIL ACTION NO. 05-281ML

## JOINT MOTION TO MODIFY PRETRIAL ORDER

NOW COME the parties in the above-captioned action, and by and through their respective attorneys, pursuant to the provisions of Rule 16(e) of the Federal Rules of Civil Procedure, hereby move this Honorable Court to amend and modify the pretrial deadlines set forth in its Pretrial Order, dated August 30, 2005, as amended (hereinafter referred to as "Pretrial Order"), by extending the various pretrial deadlines by approximately forty-five (45) days.

In support of this motion, the parties state the following reasons:

1. On or about June 29, 2005, plaintiff commenced this action against its former insurance broker, Blackadar Marine Insurance Agency, Inc., alleging breach of contract, negligence and breach of its fiduciary duty, for defendant's alleged failure to procure insurance. Defendant thereafter answered, denying liability, and the parties appeared before the Honorable David L. Martin, United States Magistrate Judge, for an initial scheduling conference on August 30, 2005.

2. Pursuant to the original Pretrial Order, (a) discovery will close on April 28, 2006; (b) dispositive motions will be filed by May 29, 2006; and (c) pretrial memoranda

Granted. Mary M. Lisi USDJ 5/1/06

will be due by June 28, 2006.

3. At the request of plaintiff on or about December 27, 2005, this Court amend and modified the pretrial deadlines with respect to expert disclosures by extending the time for expert witness disclosure to February 28, 2006 for plaintiff, and March 31, 2006 for defendant. In conjunction with the proposed modification plaintiff requested a settlement conference.

4. The parties have exchanged written discovery, and taken two depositions to date. The parties agree that another three or four factual depositions are necessary.

5. On March 8, 2006, the parties also participated in settlement discussions before the Honorable Robert W. Lovegreen, United States Magistrate Judge (Ret.). Although the parties did not resolve their dispute, they continue to cooperate to complete discovery.

6. Counsel for both parties represent that they each have had conflicts during the past thirty (30) days. In order to complete factual discovery, the parties therefore propose the following amendments to the Pretrial Order:

> **"Discovery will close on June 16, 2006. The parties shall file dispositive motions by July 17, 2006. The parties shall file pretrial memoranda thirty (30) days after a decision on any dispositive motion, and if no such motion is filed, by August 18, 2006."**

7. Although the proposed modification will delay the final disposition of the case by at an additional forty-five (45) days, the parties believe that the additional time is necessary to complete discovery and otherwise prepare for trial.

WHEREFORE, plaintiff, Pleasant Sea View, Inc., d/b/a Certified Sales, and defendant, Blackadar Marine Insurance Agency, Inc., hereby requests that this Honorable Court amend and modify the pretrial deadlines set forth in its Pretrial Order, dated August 30, 2005, as requested herein.

Dated: April 28, 2006

Respectfully submitted,

PLEASANT SEA VIEW, INC.,
D/B/A CERTIFIED SALES,
By its attorney,

Norman A. Peloquin, II (RI Bar No. 4146)
*Of Counsel*, SAUNDERS & SAUNDERS, LLP
16 Main Road, Post Office Box 65
Adamsville, RI 02801
Tel (401) 635-9100
Fax (401) 635-9125

BLACKADAR MARINE INSURANCE
AGENCY, INC.
By its attorneys,

Barbara S. Cohen (RI Bar No. 2848)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
Tel. (401) 421-7300
Fax (401) 421-7352

Of Counsel:

Leonard W. Langer, Esquire, *pro hac vice*
TOMPKINS, CLOUGH, HIRSHON
& LANGER, P.A.
Three Canal Plaza, P.O. Box 15060
Portland, ME 04112
Tel. (207) 874-6700
Fax (207) 874-6705