**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PLEASANT SEA VIEW, INC.,<br>D/B/A CERTIFIED SALES<br><br>Plaintiff<br>v.<br><br>BLACKADAR MARINE INSURANCE<br>AGENCY, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>No. 05-CV-281 ML |

DEFENDANT BLACKADAR MARINE INSURANCE AGENCY, INC.'S MOTION TO COMPEL PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST AND SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS

NOW COMES Defendant Blackadar Marine Insurance Agency, Inc. ("BMIA"), by and through its counsel Tompkins Clough Hirshon & Langer P.A. and Goldenberg & Muri LLP, and pursuant to Local Rules 7(a) and 37(a), and Rule 37(a), F.R.Civ.P., respectfully moves this Honorable Court to compel Pleasant Sea View, Inc., d/b/a Certified Sales ("Certified Sales") to respond to BMIA's Requests for Production of Documents in this matter. In support of its Motion, BMIA states as follows:

1. This is an action for breach of contract and breach of fiduciary duty in which Certified Sales alleges that BMIA failed to procure certain insurance coverages which left Certified Sales underinsured regarding a fire at Certified Sales' premises in July, 2003. BMIA has denied all of the allegations in the Complaint.

2. On December 14, 2005, BMIA served its First Request for Production of Documents on Certified Sales' counsel. *See* Exhibit "A" attached hereto. Although Certified

Sales produced some documents in response to the Request, it has never provided a written response as required by Rule 34, F.R.Civ.P.

3. BMIA's counsel has, on numerous occasions, the latest being May 16, 2006, requested that Certified Sales' counsel provide a written response to BMIA's First Request for Production of Documents as required by Rule 34, F.R.Civ.P. To date, Certified Sales counsel has not responded.

4. On March 14, 2006, BMIA served its Second Request for Production of Documents on Certified Sales' counsel. *See* Exhibit "B" attached hereto. Notwithstanding a number of requests as to the status of Certified Sales' response, the latest being on May 16, 2006, Certified Sales has not responded to the Second Request for Production of Documents, nor has it produced any documents.

5. Pursuant to the Scheduling Order entered in this matter, as amended, discovery will close on June 16, 2006.

6. Pursuant to Local Rule 7(e), BMIA does not request oral argument or an evidentiary hearing on this motion.

WHEREFORE, Defendant Blackadar Marine Insurance Agency, Inc. hereby requests that the Court issue an order requiring Certified Sales to provide a written response to BMIA's First and Second Requests for Production of Documents by a date certain, and that Certified Sales contemporaneously produce the documents requested.

DATED: May 24, 2006.

Leonard W. Langer /BSC/
Leonard W. Langer, Esq.

Tompkins, Clough, Hirshon
& Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME 04112-5060
207-874-6700
207-874-6705 (fax)
lwlanger@tchl.com

Barbara S. Cohen
Barbara S. Cohen, Esq.
R.I. Bar No. 2848

Goldenberg & Muri LLP
Ten Weybosset Street
Providence, R I 02903
401-421-7300
401-421-7352 (fax)
BSC@goldenberg-muri.com

Counsel for the Defendant,
Blackadar Marine Insurance
Agency, Inc.

THE MOVING PARTY HEREBY CERTIFIES THAT IT HAS ATTEMPTED TO RESOLVE THIS MATTER BY CONFERRING WITH OPPOSING COUNSEL.

Barbara S. Cohen
Barbara S. Cohen, Esq.

**CERTIFICATE OF SERVICE**

I, Leonard W. Langer, hereby certify that on May 24, 2006, I served the within document by electronically mailing and mailing by First Class Mail, postage prepaid, a copy of the within document to Norman A. Peloquin II, Esq., Saunders & Saunders LLP, Bank of America Building, 700 Pleasant St., 5th Fl., New Bedford, MA 02740, counsel for Plaintiff.

Leonard W. Langer /BS/

Leonard W. Langer

Blackadar/Cert. Sales
Mot Compel