# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLEASANT SEA VIEW, INC.,<br>D/B/A CERTIFIED SALES<br><br>Plaintiff<br>v.<br><br>BLACKADAR MARINE INSURANCE<br>AGENCY, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>No. 05-CV-281 ML |

## AMENDED NOTICE OF DEPOSITION OF SANDY CHANNING

TO: Norman A. Peloquin II, Esq.
Saunders & Saunders LLP
Bank of America Building
700 Pleasant St., 5th Fl.
New Bedford, MA 02740

PLEASE TAKE NOTICE that the undersigned will take the deposition of **Sandy Channing,** on **Tuesday, June 6, 2006, at 11:30 A.M**. The deposition will be held at the offices of Goldenberg & Muri LLP, Ten Weybosset Street, Providence, Rhode Island. The deposition will be taken by a Notary Public or some other person authorized by law to administer oaths. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

The deponent is request to bring with her to the deposition the documents set forth in Exhibit A attached hereto.

DATED: May 24, 2006.

Leonard W. Langer /BSC

Leonard W. Langer, Esq.

Tompkins, Clough, Hirshon
& Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME 04112-5060
207-874-6700
207-874-6705 (fax)
lwlanger@tchl.com

Barbara S. Cohen

Barbara S. Cohen, Esq.
R.I. Bar No. 2848

Goldenberg & Muri LLP
Ten Weybosset Street
Providence, R I 02903
401-421-7300
401-421-7352 (fax)
BSC@goldenberg-muri.com

Counsel for the Defendant,
Blackadar Marine Insurance
Agency, Inc.

**CERTIFICATE OF SERVICE**

I, Leonard W. Langer, hereby certify that on May 24, 2006, I served the within document by electronically mailing and mailing by First Class Mail, postage prepaid, a copy of the within document to Norman A. Peloquin II, Esq., Saunders & Saunders LLP, Bank of America Building, 700 Pleasant St., 5th Fl., New Bedford, MA 02740, counsel for Plaintiff.

Leonard W. Langer /BSC

Leonard W. Langer

Blackadar/Cert. Sales
Amd Not Depo S. Channing

EXHIBIT "A"

1. All telephone and telefax records for Plaintiff's business located at Warwick, RI and Mendon, MA for the periods August 15-17, 2002, and January 14-19, 2003.

2. Any and all documents supporting Plaintiff's allegation that Brian Bethel, or some other individual at Pleasant Sea View, Inc., d/b/a Certified Sales, Inc., sent a telefax to Blackadar Marine Insurance Agency, Inc. on August 16, 2002.

3. All checks, wire transfer receipts, or other evidence of payment of $65,000, or any other sum, by Plaintiff to Markel Insurance Company and/or Markel American Insurance Company, or any other person or entity, relating to the Nelson Marek following the fire on July 2, 2003.

4. Any and all documents reflecting payments received by Plaintiff from Consolitech, or any other person or entity, relating to the Sunseeker or its skiff following the fire on July 2, 2003.

5. Any and all documents regarding the engines removed from the Sunseeker prior to the sale of the vessel to Consolitech, or any other person or entity, on or about April 21, 2004.

6. Any and all documents reflecting payments received by Plaintiff for the 48' Ocean following the fire on July 2, 2003.

7. Any and all documents reflecting the transfer of title of the 48' Ocean following the fire on July 2, 2003.

8. A complete inventory of vessels, including a description of the vessel, the owner of the vessel, and the vessel's value, located at Plaintiff's place of business in Warwick, RI on July 2, 2003.

9. A complete inventory of vessels, including a description of the vessel, the owner of the vessel, and the vessel's value, located at Plaintiff's place of business in Warwick, RI during the period January 15-18, 2003.

10. A complete inventory of vessels, including a description of the vessel, the owner of the vessel, and the vessel's value, located at Plaintiff's place of business in Warwick, RI on July 21-23, 2002.

11. A complete inventory of vessels, including a description of the vessel, the owner of the vessel, and the vessel's value, located at Plaintiff's place of business in Warwick, RI on June 29, 2001.

12. Any and all documents relating to a loan from Robert and Michelle Bethel to Plaintiff in or about July, 2000.

13. Any and all documents relating to Plaintiff's repayment of a loan from Robert and Michelle Bethel to Plaintiff in or about July, 2000.

14. Any and all documents relating to an alleged telephone call from Brian Bethel or Matthew Sosik of Hometown Bank to Blackadar Marine Insurance Agency, Inc. on or about January 17, 2003.

15. Any and all documents relating to the consignment of the Nelson Marek to Plaintiff by Markel Insurance Company and/or Markel American Insurance Company, or any other person or entity.