# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLEASANT SEA VIEW, INC., D/B/A CERTIFIED SALES<br><br>Plaintiff<br><br>v.<br><br>BLACKADAR MARINE INSURANCE AGENCY, INC.<br><br>Defendant | ) | Civil Action<br>No. 05-CV-281 ML |

AMENDED NOTICE OF DEPOSITION OF
MATT SOSIK

TO: Norman A. Peloquin II, Esq.
Saunders & Saunders LLP
Bank of America Building
700 Pleasant St., 5th Fl.
New Bedford, MA 02740

PLEASE TAKE NOTICE that the undersigned will take the deposition of **Matt Sosik,** Chief Executive Officer & Treasurer, Hometown Bank, on **Tuesday, June 6, 2006, at 10:00 A.M**. The deposition will be held at the offices of Goldenberg & Muri LLP, Ten Weybosset Street, Providence, Rhode Island. The deposition will be taken by a Notary Public or some other person authorized by law to administer oaths. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

Mr. Sosik is requested to produce Hometown Bank's entire file regarding any loans to Pleasant Sea View, Inc., D/B/A Certified Sales, during the period December 1, 2002 to and including July 30, 2003. Mr. Sosik is also requested to produce Hometown Bank's telephone records relating to telephone calls and/or telefaxes to or from Hometown Bank, Pleasant Sea

View, Inc., D/B/A Certified Sales, and/or Blackadar Marine Insurance Agency, Inc., during the period January 15-20, 2003, including, but not limited to, telephone calls and/or telefaxes to or from the following numbers:

Hometown Bank: 508-978-1200, 508-987-7001, 888-826-1120
Pleasant Sea View, Inc., D/B/A Certified Sales: 508-478-0200, 508-478-0202, 508-473-2021, 401-732-6300
Blackadar Marine Insurance Agency, Inc.: 603-394-0270, 603-394-0271, 603-394-7008, 603-394-7055, 603-394-7058, 603-394-8036, 800-292-0092

DATED: May 24, 2006.

Leonard W. Langer /BSC
Leonard W. Langer, Esq.

Tompkins, Clough, Hirshon
& Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME 04112-5060
207-874-6700
207-874-6705 (fax)
lwlanger@tchl.com

Barbara S. Cohen
Barbara S. Cohen, Esq.
R.I. Bar No. 2848

Goldenberg & Muri LLP
Ten Weybosset Street
Providence, R I 02903
401-421-7300
401-421-7352 (fax)
BSC@goldenberg-muri.com

Counsel for the Defendant,
Blackadar Marine Insurance
Agency, Inc.

**CERTIFICATE OF SERVICE**

I, Leonard W. Langer, hereby certify that on May 24, 2006, I served the within document by electronically mailing and mailing by First Class Mail, postage prepaid, a copy of the within document to Norman A. Peloquin II, Esq., Saunders & Saunders LLP, Bank of America Building, 700 Pleasant St., 5th Fl., New Bedford, MA 02740, counsel for Plaintiff.

Leonard W. Langer /BS/
Leonard W. Langer

Blackadar/Cert. Sales
Amd Not Depo M. Sosik