IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PLEASANT SEA VIEW, INC,
D/B/A CERTIFIED SALES,
Plaintiff,

v.

CIVIL ACTION NO. 05-281ML

BLACKADAR MARINE INSURANCE
AGENCY, INC.,
Defendant.

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST AND SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS**

NOW COMES plaintiff, Pleasant Sea View, Inc., d/b/a Certified Sales, and by and through its attorney, pursuant to the relevant provisions of the Federal Rules of Civil Procedure and Local Rules of this Honorable Court, hereby objects to Defendant's Motion to Compel Plaintiff's Response to Defendant's First and Second Requests for Production of Documents, dated May 24, 2006. As grounds therefor, plaintiff states the following reasons:

1. With respect to defendant's first request, plaintiff served copies of responsive documents upon opposing counsel on February 27, 2006. Plaintiff re-served its written response to said request by delivering a copy of same in hand to defense counsel this week on June 6, 2006.

2. With respect to defendant's second request, plaintiff served its written response with responsive documents by delivering copies of same in hand to defense counsel on June 6, 2006. Plaintiff has agreed to supplement its responses with

additional information, including relevant telephone records, forthwith.

WHEREFORE, plaintiff, Pleasant Sea View, Inc., d/b/a Certified Sales, hereby requests that this Honorable Court deny the aforesaid motion for the reasons stated herein.

Dated: June 9, 2006

Respectfully submitted,

PLEASANT SEA VIEW, INC.,
D/B/A CERTIFIED SALES,
By its attorney,
NORMAN A. PELOQUIN, II P.C.

Norman A. Peloquin, II, Esquire
(RI Bar No. 4146)
*Of Counsel*, Saunders & Saunders, LLP
16 Main Road, Post Office Box 65
Adamsville, RI 02801
Tel (401) 635 9100
Fax (401) 635 0101

Certificate of Service

I hereby certify that on the 9th of June, 2006, I served a copy of the foregoing document by mailing same, first class, postage prepaid, upon defendant, Blackadar Marine Insurance Agency, Inc., by and through its counsel of record: Barbara S. Cohen, Goldenberg & Muri LLP, 10 Weybosset Street, Providence, RI 02903; and Leonard W. Langer, Thompson, Clough, Hirshon & Langer, P.A., Three Canal Plaza, P.O. Box 15060, Portland, ME 04112.

Attorney at Law