UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 20 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLEASANT SEA VIEW, INC., D/B/A CERTIFIED SALES<br><br>Plaintiff<br><br>v.<br><br>BLACKADAR MARINE INSURANCE AGENCY, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>No. 05-CV-281 ML |

**CONSENT ORDER**

Defendant Blackadar Marine Insurance Agency, Inc.'s Motion To Compel Plaintiff's Response To Defendant's First And Second Requests For Production Of Documents, and Plaintiff's Objection thereto, having been referred to United States Magistrate Judge Martin and a conference, via telephone, having been held with counsel for both parties on June 16, 2006, and the parties having agreed during said conference to the following disposition of the Motion, it is hereby

**ORDERED**

as follows:

1. Defendant Blackadar Marine Insurance Agency, Inc.'s Motion To Compel Plaintiff's Response To Defendant's First And Second Requests For Production Of Documents is hereby granted; and

2. On or before Friday, June 23, 2006, Plaintiff shall produce to Defendant's counsel all documents which are responsive to Defendant's First And Second Requests For Production Of Documents.

SO ORDERED:

David L Martin
David L. Martin
United States Magistrate Judge
June 20th, 2006

Entered as an Order of this Court on the ___ day of June, 2006.

Deputy Clerk

Presented by:

Leonard W. Langer /BSC
Leonard W. Langer, Esq. (Pro hac vice)
Tompkins, Clough, Hirshon & Langer, P. A.
Three Canal Plaza, P. O. Box 15060
Portland, ME 04112-5060
207-874-6700
207-874-6705 (fax)
lwlanger@tchl.com

Barbara S. Cohen
Barbara S. Cohen, Esq. (2848)
Goldenberg & Muri LLP
Ten Weybosset Street
Providence, R I 02903
401-421-7300
401-421-7352 (fax)
bsc@goldenberg-muri.com

Counsel for the Defendant,
Blackadar Marine Insurance Agency, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 20th day of June, 2006, a copy of the within Order was e-mailed and forwarded by first class mail, postage prepaid, to:

Norman A. Peloquin II, Esq.
Saunders & Saunders LLP
Bank of America Building
700 Pleasant St., 5th Fl.
New Bedford, MA 02740
Counsel for Plaintiff.

Leonard W. Langer /BSC
Leonard W. Langer

**STATEMENT PURSUANT TO LOCAL RULE 7.1(b)(3)**

I hereby certify that we have ascertained that Counsel for Plaintiff does not object to the form of the within Order.

Barbara S. Cohen
Barbara S. Cohen