# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLEASANT SEA VIEW, INC.,<br>D/B/A CERTIFIED SALES<br><br>Plaintiff<br>v.<br><br>BLACKADAR MARINE INSURANCE<br>AGENCY, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>No. 05-CV-281 ML |

## DEFENDANT BLACKADAR MARINE INSURANCE AGENCY, INC.'S STATEMENT OF UNDISPUTED FACTS

NOW COMES Defendant Blackadar Marine Insurance Agency, Inc. ("Blackadar"), by and through its counsel, Tompkins, Clough, Hirshon & Langer, P.A., and Goldenberg & Muri LLP, and pursuant to LR Cv 56(a), Local Rules of the United States District Court for the District of Rhode Island, submits the following Statement of Undisputed Facts.

1. For a number of years, Plaintiff Pleasant Sea View, Inc. d/b/a Certified Sales ("Certified Sales") procured boat dealer's and related insurance coverage through Blackadar. *See* Affidavit of Martha J. Blackadar ("Blackadar Aff."), ¶3.[1]

2. The boat dealer's coverage included hull insurance in specified aggregate limits for all vessels kept at Certified Sales' Warwick, Rhode Island and Mendon, Massachusetts locations. Blackadar Aff., ¶3.

[1] The original Affidavit of Martha J. Blackadar, together with the exhibits attached thereto, is included in the accompanying Appendix to Defendant's Statement of Undisputed Facts filed herewith.

3. Blackadar repeatedly recommended that Certified Sales consider increasing the boat dealer's insurance limits. Blackadar Aff., ¶4; Deposition of Ronald Bethel ("R. Bethel Dep."), p. 64, l. 19-22, p. 85, l. 3-5.[2]

4. Certified Sales generally rejected these recommendations, although certain increases did take place from time to time. *See* Blackadar Aff., ¶4; R. Bethel Dep., p. 85, l. 18-20, p. 138, l. 15-18.

5. For example, on October 31, 1997, Blackadar wrote to Certified Sales' president, Ron Bethel, and expressed concern that the total policy limit was only $150,000.00 for all boats and suggested a limit per boat and a limit per location. *See* Blackadar Aff., ¶5 and Exhibit A; R. Bethel Dep., p. 64, l. 8-12 and Exhibit 5.

6. Mr. Bethel called Blackadar on November 4, 1997 and indicated that he did not feel a change was necessary. *See* Blackadar Aff., ¶5 and Exhibit A; R. Bethel Dep., p. 64, l. 8-12 and Exhibit 5.

7. At a later date, the boat dealer's policy limits were divided by location, with a $100,000.00 limit for all vessels at the Warwick facility. *See* Blackadar Aff., ¶6.

8. On June 28, 2001, Ron Bethel called Blackadar and requested that the insurer, Great American Insurance Company ("Great American"), increase the boat dealer's portion of Certified Sales' policy at the Warwick facility from $100,000.00 to $250,000.00 to cover a "1988 48' Ocean" vessel. *See* Blackadar Aff., ¶7.

---

[2] Copies of the relevant pages of the deposition of Ronald Bethel, together with the exhibits attached thereto, are included in the accompanying Appendix to Defendant's Statement of Undisputed Facts filed herewith.

9. On June 29, 2001, Blackadar notified Great American that the Warwick boat dealer's limit should be increased to $250,000.00 to cover a "1988 48' Ocean valued at $250,000.00." *See* Blackadar Aff., ¶8 and Exhibit B.

10. On June 29, 2001, Blackadar notified Ron Bethel by telefax that Great American, pursuant to Ron Bethel's request, had agreed to increase the Warwick location limit to $250,000.00. *See* Blackadar Aff., ¶9 and Exhibit C.

11. At the same time, Blackadar suggested that the limit should be even higher, given the fact that the Ocean vessel alone was worth $250,000.00. *See* Blackadar Aff., ¶9 and Exhibit C; R. Bethel Dep., p. 80 l. 3-23.

12. Later that day, Erin, at Certified Sales, called Blackadar and indicated that Ron Bethel had rejected Blackadar's recommendation to increase the $250,000.00 limit. *See* Blackadar Aff. ¶10 and Exhibit C; R. Bethel Dep., p. 79, l. 17-18.

13. On July 16, 2002, Al Blackadar and Martha Blackadar visited Certified Sales' Warwick facility and met with Ron Bethel; at that time, Martha Blackadar recommended to Mr. Bethel that Certified Sales should increase the limits on the boat dealer's coverage for the Warwick facility from $250,000.00 to $500,000.00 to make sure there was adequate coverage for all vessels at the facility, specifically cautioning him that the 48-foot Ocean would exhaust the Warwick location's limits if there were a total loss. *See* Blackadar Aff., ¶11.

14. Mr. Bethel responded that he would consider increasing the limit from $250,000.00 to $300,000.00 but would not consider an increase above $300,000.00. *See* Blackadar Aff., ¶12; R. Bethel Dep., p. 85, l. 18-20, p. 86, l. 12-15.

15. On July 29, 2002, Blackadar wrote to Great American requesting quotes on various coverages discussed with Mr. Bethel on July 16, 2002, including increasing the limit on the boat dealer's coverage for the Warwick facility to $300,000.00. *See* Blackadar Aff., ¶13 and Exhibit D.

16. On August 2, 2002, Great American provided the requested quotes. *See* Blackadar Aff., ¶14.

17. On August 8, 2002, Blackadar wrote to Mr. Bethel, advising him of the quotes Blackadar had received from Great American, including a quote to increase the Warwick facility's limit from $250,000.00 to $300,000.00., and indicating that the increase in the premium would be $351.00. *See* Blackadar Aff., ¶15 and Exhibit E.

18. On August 16, 2002, Blackadar forwarded the binders for the 2002-2003 renewal policy to Certified Sales; in its cover letter, Blackadar indicated that the requested changes had been made in the renewal policies and stated, "should you want to review them with us at any time, just let us know." *See* Blackadar Aff., ¶16 and Exhibit F.

19. On September 18, 2002, Blackadar forwarded the renewal policies for policy year 2002-2003 to Certified Sales; in the cover letter, Blackadar stated, "Please take a few minutes to review them for accuracy" and "Should you have any questions at all on these renewals, please do not hesitate to call. If we do not hear from you, we will assume all is in order." *See* Blackadar Aff., ¶17 and Exhibit G.

20. Certified Sales never contacted Blackadar with any questions concerning the renewal policies or binders at any time through July 2, 2003. *See* Blackadar Aff., ¶18.

21. The renewal policies and binders for the 2002-2003 policy year reflect that the limits for boat dealer's coverage at the Warwick facility for all vessels was $300,000.00. *See* Blackadar Aff., ¶19 and Exhibit H.

22. Blackadar never agreed to procure individual or supplemental hull coverage for the Ocean. *See* Blackadar Aff., ¶20.

23. Blackadar never represented to Certified Sales that there was additional or individual coverage for the Ocean beyond the boat dealer's policy limit for all vessels at the Warwick facility. *See* Blackadar Aff., ¶21.

24. On January 16, 2003, Certified Sales telephoned Blackadar and advised that Certified Sales was going to transport a 2000 58-foot Sunseeker, valued at $300,000.00, from New York to Rhode Island, and needed a binder reflecting coverage for the transportation. Certified Sales also requested that Hometown Bank be shown as a loss payee on the binder. *See* Blackadar Aff., ¶22.

25. The policy limit for any vessel while in the course of transit was $150,000.00 under the Great American Policy. *See* Blackadar Aff., ¶23 and Exhibit H, p. BMIA 740.

26. On January 16, 2003, Blackadar wrote to the insurer stating that Certified Sales wanted a binder to transport a 2000 58-foot Sunseeker valued at $300,000.00, from New York to Rhode Island. *See* Blackadar Aff., ¶24 and Exhibit I.

27. Certified Sales called back later the same day to inform Blackadar that the value of the vessel was $330,000.00, not $300,000.00. *See* Blackadar Aff., ¶25.

28. After the second call from Certified Sales on January 16, 2003, Blackadar wrote another letter to Great American stating that the value of the Sunseeker should be amended to $330,000.00. *See* Blackadar Aff., ¶26 and Exhibit J.

29. In response, Great American advised Blackadar by e-mail correspondence dated January 16, 2003 that Certified Sales' "transit limit is only $150,000…we will charge $100 flat to increase to $330,000." *See* Blackadar Aff., ¶27 and Exhibit K.

30. On January 16, 2003, Blackadar issued to Certified Sales a binder for "2000 58' Sunseeker valued at $330,000.00 being transported from NY to RI via water." Blackadar Aff., ¶28 and Exhibit L.

31. On February 6, 2003, Blackadar sent policy endorsements to Certified Sales, including an endorsement relating to the Sunseeker, reading: "In consideration of an additional premium of $100, it is hereby understood and agreed that Paragraph 3.F of the boat dealer form is amended to $330,000.00 for the transport of one (1) 2000 58' Sunseeker from NY to RI." *See* Blackadar Aff., ¶29 and Exhibit M.

32. In its cover letter to Certified Sales Blackadar noted, "This resulted in an additional premium of $100.00; our invoice is enclosed." *See* Blackadar Aff., ¶29 and Exhibit M.

33. Paragraph 3.F of the boat dealer's coverage specifically addresses the coverage limit for vessels in transit. *See* Blackadar Aff., ¶30 and Exhibit H, p. BMIA 739-40.

34. Blackadar never agreed to procure independent or supplemental hull coverage for the Sunseeker, beyond the $300,000.00 limit for all boats at the Warwick facility and the endorsement for the transport of the vessel. *See* Blackadar Aff., ¶31.

35. Blackadar never represented to Certified Sales that there was independent or supplemental hull coverage for the Sunseeker beyond the $300,000.00 policy limit for all vessels at the Warwick facility and the endorsement for the transport of the vessel. *See* Blackadar Aff., ¶32.

36. Blackadar never agreed to procure individual or additional insurance on a Nelson Marek sailboat beyond the limits in the boat dealer's coverage for all vessels at the Warwick facility. *See* Blackadar Aff., ¶33.

37. The premiums charged for the boat dealer's coverage after 1997 (excluding unrelated endorsements) were as follows:

August 3, 1998-1999
$2,600.00

August 3, 1999-2000
$2,600.00

August 3, 2000-2001
$2,600.00

June 29, 2001 (endorsement - limit for Warwick location increased from $150,000.00 to 250,000.00)
$72.00 (pro rata of $750.00)

August 3, 2001-2002
$3,500.00

August 3, 2002-2003 (limit for Warwick location increased to $300,000.00)
$4,475.00

January 16, 2003 (endorsement - transport of Sunseeker from NY to RI)
$100.00

*See* Blackadar Aff., ¶34.

38. Certified Sales was invoiced for all premiums, and Certified Sales paid the premiums, including payment of a separately invoiced $100.00 payment for the additional transit coverage for the Sunseeker. *See* Blackadar Aff., ¶35.

39. On July 2, 2003, a fire at Certified Sales' Warwick facility damaged or destroyed three vessels – a 62-foot Sunseeker motor yacht, a 48-foot Ocean motor yacht, and a 45-foot Nelson Marek sailboat. Plaintiff's Complaint at ¶¶8 & 11.

40. As a result of the fire, Certified Sales filed a claim with Great American in the amount of $514,444.60. R. Bethel Dep., p.131 l. 24-25, p. 132 l. 1-22, and Exhibit 31; Plaintiff's Complaint at ¶15.

41. Pursuant to the terms of the applicable insurance policy, Great American paid Certified Sales $316,492.50, representing "in pertinent part, the $300,000.00 policy limit under the aforesaid boat dealer's policy … ." Plaintiff's Complaint at ¶16; R. Bethel Dep., p.134 l. 12-19, and Exhibit 32.

Dated this 14th of July, 2006.

BLACKADAR MARINE INSURANCE AGENCY, INC.

By its Counsel:

Leonard W. Langer, Esq.

Tompkins, Clough, Hirshon
& Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME 04112-5060
Tel: 207-874-6700
Fax: 207-874-6705
lwlanger@tchl.com

/s/ Barbara S. Cohen
Barbara S. Cohen, Esq. (2848)

Goldenberg & Muri LLP
Ten Weybosset Street
Providence, RI 02903
Tel: 401-421-7300
Fax: 401-421-7352
bsc@goldenberg-muri.com

**CERTIFICATE OF SERVICE**

I, Barbara S. Cohen, hereby certify that on July 14, 2006, I served the within document by mailing by First Class Mail, postage prepaid, a copy of the within document to Norman A. Peloquin II, Esq., Saunders & Saunders LLP, Bank of America Building, 700 Pleasant St., 5th Fl., New Bedford, MA 02740, counsel for Plaintiff.

/s/ Barbara S. Cohen
Barbara S. Cohen, Esq. (2848)