# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLEASANT SEA VIEW, INC.,<br>D/B/A CERTIFIED SALES<br><br>Plaintiff<br>v.<br><br>BLACKADAR MARINE INSURANCE<br>AGENCY, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>No. 05-CV-281 ML |

**APPENDIX TO DEFENDANT BLACKADAR MARINE INSURANCE AGENCY, INC.'S STATEMENT OF UNDISPUTED FACTS**

1. Affidavit of Martha J. Blackadar, with attached exhibits.

2. Excerpts from the transcript of the deposition of Ronald Bethel, with attached exhibits.

Dated this 14th of July, 2006.

BLACKADAR MARINE INSURANCE AGENCY, INC.

By its Counsel:

Leonard W. Langer, Esq.

Tompkins, Clough, Hirshon
& Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME 04112-5060
Tel: 207-874-6700
Fax: 207-874-6705
lwlanger@tchl.com

Barbara S. Cohen
Barbara S. Cohen, Esq. (2848)

Goldenberg & Muri LLP
Ten Weybosset Street
Providence, RI 02903
Tel: 401-421-7300
Fax: 401-421-7352
bsc@goldenberg-muri.com

**CERTIFICATE OF SERVICE**

I, Barbara S. Cohen, hereby certify that on July 14, 2006, I served the within document by mailing by First Class Mail, postage prepaid, a copy of the within document to Norman A. Peloquin II, Esq., Saunders & Saunders LLP, Bank of America Building, 700 Pleasant St., 5th Fl., New Bedford, MA 02740, counsel for Plaintiff.

Barbara S. Cohen
Barbara S. Cohen, Esq. (2848)