# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PLEASANT SEA VIEW, INC.,<br>D/B/A CERTIFIED SALES<br><br>Plaintiff<br>v.<br><br>BLACKADAR MARINE INSURANCE<br>AGENCY, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>No. 05-CV-281 ML |

## AFFIDAVIT OF MARTHA J. BLACKADAR

Martha J. Blackadar, in her capacity as President of Blackadar Marine Insurance Agency, Inc., first being duly sworn, deposes and says as follows:

1. My name is Martha J. Blackadar, and I am the President of Blackadar Marine Insurance Agency, Inc. ("Blackadar"), the Defendant in the above-captioned matter. I have been President of Blackadar for over 15 years.

2. I have custody of the records relating to the transactions between Blackadar and Plaintiff Pleasant Sea View, Inc. d/b/a Certified Sales ("Certified Sales"). The following Affidavit is based on my personal knowledge and from these records, which are kept in the ordinary course of business by Blackadar and which were made at or near the time of the transactions or activities by, or from information transmitted by, a person with knowledge of the facts set forth in the records. These records are kept in the ordinary course of business by Blackadar pursuant to its regular practice of making such records.

3. For a number of years, Certified Sales procured boat dealer's and related insurance coverage through Blackadar. The boat dealer's coverage included hull insurance in specified

aggregate limits for all vessels kept at Certified Sales' Warwick, Rhode Island and Mendon, Massachusetts locations.

4. Blackadar repeatedly recommended that Certified Sales consider increasing the boat dealer's insurance limits. Certified Sales generally rejected these recommendations, although certain increases did take place as discussed below.

5. For example, on October 31, 1997, Blackadar wrote to Certified Sales' president, Ron Bethel, and expressed concern that the total policy limit was only $150,000.00 for all boats and suggested a limit per boat and a limit per location. A true copy of Blackadar's letter is attached hereto as Exhibit A. Mr. Bethel called Blackadar on November 4, 1997 and indicated that he did not feel a change was necessary.

6. At a later date, the boat dealer's policy limits were divided by location, with a $100,000.00 limit for all vessels at the Warwick facility.

7. On June 28, 2001, Ron Bethel called Blackadar and requested that the insurer, Great American Insurance Company, increase the boat dealer's portion of Certified Sales' policy at the Warwick facility from $100,000.00 to $250,000.00 to cover a "1988 48' Ocean" vessel.

8. On June 29, 2001, Blackadar notified Great American that the Warwick boat dealer's limit should be increased to $250,000.00 to cover a "1988 48' Ocean valued at $250,000.00." A true copy of this correspondence is attached hereto as Exhibit B.

9. On June 29, 2001, Blackadar notified Ron Bethel by telefax that Great American, pursuant to Ron Bethel's request, had agreed to increase the Warwick location limit to $250,000.00. At the same time, Blackadar suggested that the limit should be even higher given the fact that the Ocean vessel alone was worth $250,000.00. A true copy of the

correspondence from Blackadar to Certified Sales reflecting such recommendation is attached hereto as Exhibit C.

10. Later that day, Erin, at Certified Sales, called Blackadar and indicated that Ron Bethel had rejected Blackadar's recommendation to increase the $250,000.00 limit, as reflected in Exhibit C.

11. On July 16, 2002, I visited Certified Sales' Warwick facility with Al Blackadar (now deceased) and met with Ron Bethel. I recommended to Mr. Bethel that Certified Sales should increase the limits on the boat dealer's coverage for the Warwick facility from $250,000.00 to $500,000.00 to make sure there was adequate coverage for all vessels at the facility. I specifically cautioned him that the 48-foot Ocean would exhaust the Warwick location's limits if there were a total loss.

12. Mr. Bethel responded that he would consider increasing the limit from $250,000.00 to $300,000.00 but would not consider an increase above $300,000.00.

13. On July 29, 2002, I wrote to Great American requesting quotes on various coverages discussed with Mr. Bethel on July 16, 2002, including increasing the limit on the boat dealer's coverage for the Warwick facility to $300,000.00. A true copy of that correspondence is attached hereto as Exhibit D.

14. On August 2, 2002, Great American provided the requested quotes.

15. On August 8, 2002, I wrote to Mr. Bethel, advising him of the quotes Blackadar had received from Great American, including a quote to increase the Warwick facility's limit from $250,000.00 to $300,000.00. I indicated that the increase in the premium would be $351.00. A true copy of that correspondence is attached hereto as Exhibit E.

16. On August 16, 2002, Blackadar forwarded the binders for the 2002-2003 renewal policy to Certified Sales. In its cover letter, Blackadar indicated that the requested changes had been made in the renewal policies and stated, "should you want to review them with us at any time, just let us know." A true copy of that correspondence is attached hereto as Exhibit F.

17. On September 18, 2002, Blackadar forwarded the renewal policies for policy year 2002-2003 to Certified Sales. In the cover letter, Blackadar stated, "Please take a few minutes to review them for accuracy" and "Should you have any questions at all on these renewals, please do not hesitate to call. If we do not hear from you, we will assume all is in order." A true copy of that correspondence is attached hereto as Exhibit G.

18. Certified Sales never contacted Blackadar with any questions concerning the renewal policies or binders at any time through July 2, 2003.

19. The renewal policies and binders for the 2002-2003 policy year reflect that the limits for boat dealer's coverage at the Warwick facility for all vessels was $300,000.00. They do not reflect any separate or supplemental coverage for the Ocean. A true copy of the Great American Policy is attached hereto as Exhibit H.

20. Blackadar never agreed to procure individual or supplemental hull coverage for the Ocean.

21. Blackadar never represented to Certified Sales that there was additional or individual coverage for the Ocean beyond the boat dealer's policy limit for all vessels at the Warwick facility.

22. On January 16, 2003, Certified Sales telephoned Blackadar and advised that Certified Sales was going to transport a 2000 58-foot Sunseeker, valued at $300,000.00, from

New York to Rhode Island, and needed a binder reflecting coverage for the transportation. Certified Sales also requested that Hometown Bank be shown as a loss payee on the binder.

23. The policy limit for any vessel while in the course of transit was $150,000.00, as reflected in Exhibit H.

24. On January 16, 2003, Blackadar then wrote to the insurer stating that Certified Sales wanted a binder to transport a 2000 58-foot Sunseeker valued at $300,000.00, from New York to Rhode Island. A true copy of said correspondence is attached hereto as Exhibit I.

25. Certified Sales called back later the same day to inform Blackadar that the value of the vessel was $330,000.00, not $300,000.00.

26. After the second call from Certified Sales on January 16, 2003, Blackadar wrote another letter to Great American stating that the value of the Sunseeker should be amended to $330,000.00. A true copy of said correspondence is attached hereto as Exhibit J.

27. In response, Great American advised Blackadar by e-mail correspondence dated January 16, 2003 that Certified Sales' "transit limit is only $150,000…we will charge $100 flat to increase to $330,000." A true copy of said correspondence is attached hereto as Exhibit K.

28. On January 16, 2003, Blackadar issued to Certified Sales a binder for "2000 58' Sunseeker valued at $330,000.00 being transported from NY to RI via water." A true copy of said binder is attached hereto as Exhibit L.

29. On February 6, 2003, Blackadar sent policy endorsements to Certified Sales, including an endorsement relating to the Sunseeker, reading: "In consideration of an additional premium of $100, it is hereby understood and agreed that Paragraph 3.F of the

boat dealer form is amended to $330,000.00 for the transport of one (1) 2000 58' Sunseeker from NY to RI." In its cover letter, Blackadar noted, "This resulted in an additional premium of $100.00; our invoice is enclosed." A true copy of said correspondence and endorsement is attached hereto as Exhibit M.

30. Paragraph 3.F of the boat dealer's coverage specifically addresses the coverage limit for vessels in transit, as reflected in Exhibit H.

31. Blackadar never agreed to procure independent or supplemental hull coverage for the Sunseeker, beyond the $300,000.00 limit for all boats at the Warwick facility and the endorsement for the transport of the vessel.

32. Blackadar never represented to Certified Sales that there was independent or supplemental hull coverage for the Sunseeker beyond the $300,000.00 policy limit for all vessels at the Warwick facility and the endorsement for the transport of the vessel.

33. Blackadar never agreed to procure individual or additional insurance on a Nelson Marek sailboat beyond the limits in the boat dealer's coverage for all vessels at the Warwick facility.

34. The premiums charged for the boat dealer's coverage after 1997 (excluding unrelated endorsements) were as follows:

| | |
|---|---|
| August 3, 1998-1999 | $2,600.00 |
| August 3, 1999-2000 | $2,600.00 |
| August 3, 2000-2001 | $2,600.00 |
| June 29, 2001 (endorsement - limit for Warwick location increased from $150,000.00 to 250,000.00) | $72.00 (pro rata of $750.00) |
| August 3, 2001-2002 | $3,500.00 |

August 3, 2002-2003 (limit for Warwick location increased to $300,000.00)

$4,475.00

January 16, 2003 (endorsement - transport of Sunseeker from NY to RI) $100.00

35. Certified Sales was invoiced for all premiums, and Certified Sales paid the premiums, including payment of a separately invoiced $100.00 payment for the additional transit coverage for the Sunseeker.

Dated: June 29th, 2006

Martha J. Blackadar

STATE OF NEW HAMPSHIRE
Rockingham Cty ss

June 29, 2006

Personally appeared the above-named Martha J. Blackadar and certified under the penalty of perjury that the foregoing Affidavit is based on her knowledge and is true.

Before me,

D Fournier

Notary Public
My commission expires on:
DEBORAH A. FOURNIER, Notary Public
My Commission Expires July 14, 2009