**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PLEASANT SEA VIEW, INC.,<br>D/B/A CERTIFIED SALES<br><br>Plaintiff<br>v.<br><br>BLACKADAR MARINE INSURANCE<br>AGENCY, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action<br>No. 05-CV-281 ML |

**STIPULATION OF DISMISSAL**

NOW COME the parties herein, by and through their undersigned counsel, and pursuant to Rule 41(a), F.R.Civ.P., hereby stipulate to the dismissal of the within matter *With Prejudice and Without Costs* to either party.

DATED: September 13, 2006.

/s/ Norman A. Peloquin, II, Esq.
R.I. Bar No. 4146

Counsel for Plaintiff, Pleasant Sea View, Inc.,
D/B/A Certified Sales

Saunders & Saunders LLP
Bank of America Building
700 Pleasant St., 5th Fl.
New Bedford, MA 02740
(508) 999-0600
(508) 999-5400
peloquin@sealaw.net

DATED: September 18, 2006.

/s/ Leonard W. Langer, Esq.
Admitted *Pro Hac Vice*

Tompkins, Clough, Hirshon
& Langer, P. A.
Three Canal Plaza
P. O. Box 15060
Portland, ME 04112-5060
207-874-6700
207-874-6705 (fax)
lwlanger@tchl.com

DATED: September 18, 2006.

/s/ Barbara S. Cohen, Esq.
R.I. Bar No. 2848

Goldenberg & Muri LLP
Ten Weybosset Street
Providence, R I 02903
401-421-7300
401-421-7352 (fax)
BSC@goldenberg-muri.com

Counsel for the Defendant,
Blackadar Marine Insurance
Agency, Inc.

BMIA/Cert Sales
Stip Dismissal